1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,   )    Case No.: EDCR11-00049-VAP
                                  )

10                     Plaintiff,   )    ORDER OF DETENTION PENDING
            v.                )    FURTHER REVOCATION

11                              )    PROCEEDINGS
                            )    (FED.R. CRIM. P.32.1(a)(6); 18

12  LISETT EIYIRA CRESPO,       )    U.S.C. § 3143(a) (1))
                 Defendant.  )

13  _____)

14

15       The defendant having been arrested in this District pursuant to a warrant

16  issued by the United States District Court for the _Central_____

17  District of _California_____for alleged violation(s) of the

18  terms and conditions of probation or supervised release; and

19       Having conducted a detention hearing pursuant to Federal Rule of Criminal

20  Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

21  A. (X)    The defendant has not met his/her burden of establishing by clear and

22         convincing evidence that he/she is not likely to flee if released under

23         18 U.S.C. § 3142(b) or (c). This finding is based on the following:

24   (x) information in the Pretrial Services Report and Recommendation

25       (x) information in the violation petition and report(s)

26       ( ) the defendant's nonobjection to detention at this time

27       (x) other: New convictios while on federal supervision
              Insufficient bail resources

28         and/or

1  B. (X)      The defendant has not met his/her burden of establishing by clear and

2           convincing evidence that he/she is not likely to pose a danger to the safety

3           of any other person or the community if released under 18 U.S.C. §

4           3142(b) or (c).  This finding is based on the following:

5           (x)  information in the Pretrial Services Report and Recommendation

6           (x)  information in the violation petition and report(s)

7           ( ) the defendant's nonobjection to detention at this time

8           (x) other:   New criminal convictions while on federal supervision

9                        Criminal history

10   IT THEREFORE IS ORDERED that the defendant be detained pending the further

11  revocation proceedings.

12

13  DATED:  August 4, 2015

      _____

14              KENLY KIYA KATO
           UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28